ROBERT J. GANDY (State Bar No. 225405)
rjg@severson.com
KERRY W. FRANICH (State Bar No. 245857)
kwf@severson.com
BENJAMIN A. EILENBERG (State Bar No. 261288)
bae@severson.com
SEVERSON & WERSON, A Professional Corporation
The Atrium-19100 Von Karman Avenue, Suite 700
Irvine, California 92612-6578
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendants
GMAC MORTGAGE, LLC, WELLS FARGO BANK, N.A. as Trustee for Holders of IMPAC SECURED ASSETS CORP. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-4, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (erroneously sued as Mortgage Electronic Registration System, Inc.)

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 1 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| SEPIDEH CIRINO, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> GMAC MORTGAGE, LLC, a Delaware Limited Liability Company; WELLS FARGO BANK, N.A., a Federally Chartered Bank, as Trustee for Holders of IMPAC SECURED ASSETS CORP. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-4; IMPAC FUNDING CORPORATION, a California Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., a Delaware Corporation; and DOES 1 THROUGH 10 inclusive, <br><br> Defendants. | Case No. 8:11-CV-01890 AG JPR <br> Hon. Andrew J. Guilford <br> Ctrm. 10-D <br><br> [~~PROPOSED~~] JUDGMENT <br><br> Action Filed: September 27, 2011 |

1  The motion of Defendants GMAC MORTGAGE, LLC, WELLS FARGO
2  BANK, N.A. as Trustee for Holders of IMPAC SECURED ASSETS CORP.
3  MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-4, and
4  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (collectively
5  "Defendants") to dismiss Plaintiff SEPIDEH CIRINO's first amended complaint
6  pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon
7  which relief can be granted came on regularly for hearing on May 14, 2012 at
8  10:00 a.m. before the Honorable Andrew J. Guilford. After considering all of the
9  papers submitted by the parties, and the arguments of counsel in connection with
10 this matter, good cause appearing:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendant's motion to dismiss is granted.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff's first amended complaint is dismissed with prejudice. Plaintiff is to recover nothing from Defendants. JUDGMENT IS ENTERED FOR THE DEFENDANTS.

DATED: June 14, 2012

HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT COURT JUDGE